**FILED**

FEB 17 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
7  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7071
8  Facsimile:  (415) 436-7234
   Tarek.J.Helou@usdoj.gov
9
10 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR No. 09-101 PJH |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING DETENTION HEARING AND EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | ) | |
| SOMPATHANA NOBUPHASAVANH, a/k/a Sam, | ) | |
| Defendant. | ) | |

On February 4, 2009, the defendant was arraigned by the Court. At that time, the parties requested, and the Court agreed, to schedule the defendant's detention hearing for February 20, 2009. Defense counsel had a trial in another matter last week, and needs additional time to review discovery and consult with his client. The parties now request that the Court continue the defendant's detention hearing to February 24, 2009. The parties represent that the continuance is the reasonable amount of time necessary for effective preparation of defense counsel and for

STIP. & [PROP.] ORDER CONT. DET. HEARING & EXCL. TIME
CR 09-101 PJH                                                                                                    1

continuity of defense counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). Time will continue to be excluded under the Speedy Trial Act under 18 U.S.C. § 3142(h)(1)(F) based on the United States' motion for detention.

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: February 17, 2009              /s/
                                TAREK J. HELOU
                                Assistant United States Attorney

DATED: February 17, 2009              /s/
                                SCOTT A. SUGARMAN
                                Attorney for Defendant Sompathana Nobuphasavanh

For the reasons stated above, the Court continues the defendant's detention hearing until February 24, 2009. The Court finds that the length of the continuance is the reasonable amount of time necessary for effective preparation of defense counsel and for continuity of defense counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court also finds that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). Time will continue to be excluded under the Speedy Trial Act under 18 U.S.C. § 3142(h)(1)(F) based on the United States' motion for detention.

SO ORDERED.

DATED: 2-17-09

THE HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge