1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division
4

5   TAREK J. HELOU (CABN 218225)
    Assistant United States Attorney
6   450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
7   Telephone:    (415) 436-7200
    Fax:          (415) 436-7234
8   E-Mail:       Tarek.J.Helou@usdoj.gov

9   Attorneys for Plaintiff

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13

14
    UNITED STATES OF AMERICA,        )    No. CR 09-101-2 PJH
15                                   )
            Plaintiff,               )    APPLICATION TO SEAL AND
16                                   )    [PROPOSED] ORDER SEALING THE
            v.                       )    UNITED STATES' REPLY SENTENCING
17                                   )    MEMORANDUM
    SOMPATHANA NOBUPHASAVANH         )
18      a/k/a "Sam,"                 )
                                     )
19          Defendant.               )
                                     )
20  ─────────────────────────────── )

21

22

23

24

25

26

27

28

USA APP. SEAL & [PROP.] ORDER
CASE NO. CR-09-101-2 PJH

**SEALING APPLICATION**

The United States seeks to have its Reply Sentencing Memorandum filed and maintained under seal in this case.  The defendant filed her Sentencing Memorandum under seal.  Therefore, under N.D. Cal. Crim. L.R. 32-5(c) (comment.), the United States' Reply must be filed under seal.

Accordingly, the United States respectfully requests that its Reply Sentencing Memorandum be filed under seal.


DATED: August 13, 2010                    JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                          /S/

                                          _____
                                          TAREK J. HELOU
                                          Assistant United States Attorney

1                                  **<u>ORDER</u>**

2         FOR GOOD CAUSE SHOWN, it is hereby ordered that the United States' Reply

3 Sentencing Memorandum shall be filed and maintained under seal until further order of this

4 Court.  The United States shall serve copies of that document on all parties in this case.

5

6         IT IS SO ORDERED.

7

8 Dated: <u>August 16, 2010</u>                                  

9                                  THE HONORABLE PHYLLIS J. HAMILTON
                                  United States District Judge

USA APP. SEAL & [PROP.] ORDER
CASE NO. CR-09-101-2 PJH