1  SCOTT A. SUGARMAN (No. 68277)
   SUGARMAN & CANNON
2  44 Montgomery St., Suite 2080
   San Francisco, CA. 94104
3  Telephone: (415) 362-6252
   Facsimile: (415) 677-9445
4
5  Attorneys for Defendant
        SOMPATHANA NOBOUPHASAVANH
6

7              IN THE UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                      OAKLAND DIVISION
10

11 UNITED STATES OF AMERICA,       )   No. CR 09-101 PJH
                                   )
12       Plaintiff,                )
                                   )
13 v.                              )   STIPULATION AND [PROPOSED]
                                   )   ORDER TO CONTINUE
14                                 )   SENTENCING
   SOMPATHANA NOBOUPHASAVANH,      )
15                                 )
         Defendant.                )
16

17       On August 18, 2010, the date set for sentencing, this Court granted defendant's Motion to

18 Continue Sentencing to permit defense counsel to confer with the new United States Attorney

19 regarding the sentencing of this defendant. This Court thereafter set sentencing for December 1,

20 2010.

21       Due to other obligations and responsibilities of the United States Attorney, she was not

22 able to meet with defense counsel until this past Monday, November 22, 2010. At that meeting,

23

24 some questions were raised about this defendant and other similar situated defendants that will

25 take some additional time for defense counsel to research and prepare. It is not possible to

26 complete those tasks prior to the current sentencing date of December 1, 2010.

27

28

United States Probation Officer Woods informed defense counsel that he had no objection to continuing the date for sentencing and is available on the proposed date for sentencing set forth in this Stipulation.

Counsel jointly request and stipulate that sentencing be continued from December 1, 2010 to February 2, 2011 at 1:30 p.m.

IT IS SO STIPULATED.

DATED:  November 29, 2010              _____/s/_____
                                       Tarek Helou
                                       Assistant United States Attorney

DATED:  November 29, 2010              _____/s/_____
                                       Scott A. Sugarman
                                       Attorney for SOMPATHANA
                                       NOBOUPHASAVANH

SO ORDERED.

DATE:   11/30/2010                     _____
                                       Phyllis J. Hamilton
                                       UNITED STATES DISTRICT JUDGE