UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>SOMPATHANA NOBUPHASAVANH,<br>　　　　Defendant. | Case No. 09-cr-00101-PJH-2<br><br>**ORDER GRANTING RENEWED MOTION FOR APPOINTMENT OF COUNSEL AND SETTING FILING DEADLINES**<br><br>Re: Dkt. No. 98 |

Before the court is the renewed motion of defendant Sompathana Nobuphasavanh for appointment of the Federal Public Defender to assist in seeking a two-point reduction in offense level under Amendment 782, which is construed as a request for appointment of counsel to file a motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2) in light of Amendment 782 to the United States Sentencing Guidelines Manual, effective November 1, 2014.  Although the court's October 10, 2014 order, denying the earlier filed motion for appointment of counsel as premature, instructed defendant to file a motion for sentence reduction and for appointment of counsel after the effective date of Amendment 782, defendant only seeks appointment of counsel for help in seeking the appropriate relief.  Doc. no. 98.  Defendant's motion for appointment of counsel is hereby GRANTED.

Pursuant to Miscellaneous Order 2014.10.14, Scott Alan Sugarman is REAPPOINTED as the CJA Panel Attorney to represent defendant in seeking 18 U.S.C. § 3582(c)(2) relief.  If Mr. Sugarman is unavailable or otherwise declines the appointment, the Federal Public Defender's Office is appointed to represent defendant, provided there is no conflict.  If the Federal Public Defender's Officer cannot represent

defendant, a new CJA panel attorney shall be appointed.  In accordance with Criminal Local Rule 44-2(a), counsel may inform the court of his or her appearance on behalf of defendant by electronically filing a notice of appearance.

Within 30 days of filing of a notice of appearance, counsel for defendant shall meet and confer with the Probation Office and the United States Attorney's Office, and shall file either a motion pursuant to § 3582(c)(2) or a status report or stipulation, including a proposal for how the matter should proceed or be resolved.  If defendant files a represented motion to reduce sentence, the government must file an opposition within 28 days of the filing of the motion, and defendant may file a reply brief 14 days thereafter.

**IT IS SO ORDERED.**

Dated:  November 12, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge